IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEMETRIA CONNER                                                                                              PLAINTIFF
o/b/o N.C.

V.                                        NO.  5:10-cv-00337 BSM-JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                                DEFENDANT

ORDER

Plaintiff has filed an unopposed motion for extension of time (doc. 10) in which to file her appeal brief.  The motion is granted.  Plaintiff is granted to and including April 22, 2011, in which to file her appeal brief.

IT IS SO ORDERED this 25th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE